UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL CUMMINGS

VERSUS                                                        CIVIL ACTION NO.: 09-728-JVP-SCR

N. BURL CAIN, ET AL

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen Riedlinger dated April 16, 2010 (doc. 17). Defendant has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the petitioner's application for habeas corpus relief shall be **DISMISSED** with prejudice as untimely pursuant to 28 U.S.C. § 2244(d).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 23, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA